

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00283-CR

**IN RE** Eduardo A. **TREVINO**

Original Mandamus Proceeding

## O R D E R

Relator's pro se Motion to Reconsider the Court's "Order" of September 9, 2020 is DENIED.

It is so **ORDERED** on October 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court